DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL KOVACSIK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1181

[May 13, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Judge; L.T. Case No. 97-12501CF10E.

Jeremy Kroll of Dutko and Kroll, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Robert Gregg, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KLINGENSMITH, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***